November 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MANZOOR MEMON, Appellant

NO. 14-12-00015-CV                     V.

HAROON SHAIKH, Appellee

_____

Today the Court heard the parties' joint motion to dismiss this appeal from the judgment signed by the court below on October 3, 2011. Having considered the motion and found it meritorious, in part, we order that the court's former judgment of April 30, 2013, be vacated, set aside, and annulled and order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.